

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2024

No. 04-23-00992-CR

**EX PARTE** Luis Miguel **BERNAL MORALES**

From the County Court, Kinney County, Texas
Trial Court No. 11134CR
Honorable Susan D. Reed, Judge Presiding

**ORDER**

     In accordance with this court's opinion of this date, we **DISMISS** Luis Miguel Bernal Morales's appeal.

     It is so **ORDERED** on March 6, 2024.

_____
Irene Rios, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of March, 2024.

_____
Tommy Stolhandske, Clerk of Court